# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| VON EPPERSON,<br>Register No. 342406,<br><br>        Plaintiff,<br><br>        v.<br><br>MISSOURI PUBLIC DEFENDER<br>ELIZABETH IRVINE,<br><br>        Defendant. | No. 05-4063-CV-C-NKL |

## ORDER

On July 14, 2005, plaintiff filed a "Motion for Review de Novo Before Removal." The judgment of this court was affirmed by the United States Court of Appeals for the Eighth Circuit on September 2, 2005. Upon consideration, it is

ORDERED that plaintiff's motion for review is denied [19].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: November 7, 2005
Jefferson City, Missouri